*G. W. Murray* and *Pike & Parsons*, for the defendant.

---

[Merrimack, June, 1884.]

GALE *v.* ELA.

ASSUMPSIT, to recover pay for boarding the defendant. Facts found by a referee. The defence was, that the contract for board was made with the plaintiff's husband, and not with her. The defendant's evidence that the contract was made with the husband was held admissible, although it did not appear that the plaintiff had knowledge of that fact.

*Leach & Stevens*, for the plaintiff.

*S. Dana* and *C. P. Sanborn*, for the defendant.